THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL GARRISON,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>    Defendant. | CV 07-6469 RC<br><br>**JUDGMENT OF REMAND** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security Pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: 05/07/08

                            /s/
                ROSALYN CHAPMAN
                UNITED STATES MAGISTRATE JUDGE