Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MICHAEL GARRISON,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. CV 07-6469 RC<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount ONE THOUSAND SEVEN HUNDRED AND FIFTY DOLLARS and 00/cents ($1,750.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 8-4-2008      _____

HON. ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

-1-